```
                                            ☒ FILED        ___ LODGED
                                            ___ RECEIVED   ___ COPY

                                                 APR 1 5 2011

                                            CLERK U S DISTRICT COURT
                                               DISTRICT OF ARIZONA
                                            BY_____ DEPUTY
```

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS (MERS) LITIGATION                          MDL No. 2119

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-12)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 7, 2009, the Panel transferred 5 civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 659 F.Supp.2d 1368 (J.P.M.L. 2009). Since that time, 78 additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable James A. Teilborg.

It appears that the actions on this conditional transfer order comprise claims relating to: (1) the formation and/or operation of the Mortgage Electronic Registration Systems (MERS), which involve questions of fact that are common to the previously transferred MDL No. 2119 actions; and (2) claims that are not so related.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the actions on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of December 7, 2009, and, with the consent of that court, assigned to the Honorable James A. Teilborg.

Any claims in these actions that are unrelated to the formation and/or operation of the MERS system are separated and simultaneously remanded, under 20 USC 1407, to their respective transferor court.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

```
┌─────────────────────────┐
│ Inasmuch as no objection is │
│ pending at this time, the   │       FOR THE PANEL:
│ stay is lifted.             │
│                         │           [signature]
│    Apr 15, 2011         │           Jeffery N. Lüthi
│                         │           Clerk of the Panel
│    CLERK'S OFFICE       │
│    UNITED STATES        │
│  JUDICIAL PANEL ON      │
│ MULTIDISTRICT LITIGATION│
└─────────────────────────┘
```

I hereby attest and certify on 4/15/11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

IN RE: MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS (MERS)
LITIGATION                                                              MDL No. 2119

### SCHEDULE CTO-12 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| NEVADA | | | |
| NV | 3 | 11-00208 | Grundel et al v. Loancity et al |